**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
March 28, 2011

Lyle W. Cayce
Clerk

No. 10-10212
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

SEALED APPELLANT 1,

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:01-CR-196-1

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Sealed Appellant 1 appeals the revocation of his supervised release following a conviction for a controlled substance offense. Appellant has served the sentence of imprisonment imposed upon revocation, and the district court imposed no further term of supervised release. Therefore, Appellant has no "concrete and continuing injury," and there is no case or controversy over which this court may exercise jurisdiction under Article III, § 2, of the Constitution.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Spencer v. Kemna*, 523 U.S. 1, 7, 14 (1998). Accordingly, this appeal is DISMISSED as MOOT.